NUMBER
13-10-00334-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

NOE
NOYOLA,                                                                               Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 105th District Court 

of Nueces County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

    Before
Chief Justice Valdez and Justices Rodriguez and Perkes

                               Memorandum
Opinion Per Curiam

 

Appellant,
Noe Noyola, was convicted of possession of cocaine.  On June 18, 2010,
appellant filed a pro se notice of appeal.  On August 31, 2010, this Court
abated the appeal and remanded to the trial court because appointed counsel,
the Honorable Deeanne S. Galvan, advised this Court that she no longer
represented appellant and the record failed to indicate whether appellant was
entitled to appointed counsel on appeal.  








 

At
the trial court hearing, appellant appeared with retained counsel, the
Honorable Dee Ann Torres, and stated that he did not desire to prosecute an
appeal in this cause.  At the hearing it was established that neither Ms.
Galvan nor Ms. Torres filed a notice of appeal on behalf of appellant and that
appellant has chosen not to pursue an appeal.

Based
upon the evidence at the hearing that appellant does not want to pursue an appeal,
we conclude that good cause exists to suspend the operation of Rule 42.2(a) in
this case.  See Tex. R. App. P.
2.   Accordingly, we dismiss the appeal.

 

PER
CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 3rd

day of February, 2011.